**Phillip Jaffe, Esq.**
370 East 76th Street
Suite C-1002
New York, NY 10021
Tel: (212) 734-3535
Fax: (212) 717-2584
email pjaffe2@nyc.rr.com

Member of the bars:
United States Supreme Court
Second & Third Circuit Courts of Appeal
Southern and Eastern Dist. NY
N.Y. & Conn.

October 5, 2012

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Shetiwy, et al., v. Midland Credit Management, et al.*
No. 12 Civ. 7068 (SAS)

Dear Judge Scheindlin:

I, and George Bassias, represent the Plaintiffs and the Class in this action.

This Court has scheduled a conference on October 19, 2012 at 5 pm.

In the interim time we have begun to receive motions to dismiss. As the Court is aware that under Local Rule 7 a motion to dismiss, unless a request to the Court is made for an extension of time, must be answered within 14 days.

We are concerned because of the large number of defendants in this action that we and the Court could have no less than 20 separate motions to dismiss. For that reason we would request an Order that no motion may be brought for relief prior to Your Honor's conference on October 19, 2012.

Respectfully submitted,

/s/ Phillip Jaffe
Phillip Jaffe

---

[Handwritten endorsement by the Court:]

The Clerk is directed to cb/cl the pending motion to dismiss [docket #5]. So Ordered. [signature] 10/5/12 USDJ

Defendants time to respond to the Complaint (by answer or motion) is extended until twenty days after the Court's initial conference on October 19, 2012. No further motions to dismiss may be filed. All filed motions to dismiss are hereby DENIED without prejudice and with leave to renew following the October 19 conference.