UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------------X
                                          :

AMAL SHETIWY et al.,                            :

                    Plaintiffs,               :

                                   :

                    v.                   :          No. 12 Civ. 7068 (SAS) (HBP)

                                   :

MIDLAND CREDIT MANAGEMENT et al.,      :

                                 :

                    Defendants.          :

                                   :

-----------------------------------------------------------------------------------------X

## NOTICE OF MOTION TO COMPEL
## ARBITRATION AND TO STAY THE ACTION

PLEASE TAKE NOTICE that, upon the annexed Declaration of Craig Vielstich, executed on January 25, 2013 and the exhibit attached thereto, the annexed Declaration of Martha A. Koehler, executed on January 25, 2013 and the exhibits attached thereto, and the annexed Declaration of Erica Klipper, executed on January 25, 2013 and the exhibits attached thereto, and the accompanying Memorandum of Law, dated January 25, 2013, and upon all pleadings and proceedings heretofore held, defendants American Express Company, GE Capital Consumer Lending, Inc., Citigroup, Inc. and Citibank N.A., by their attorneys, will move this Court, for an Order (i) pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, compelling arbitration of all claims asserted against defendants in the above-captioned matter; and (ii) pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, staying all remaining proceedings against defendants pending the completion of the arbitration of any claims in this action, and granting such other and further relief as this Court may deem just and proper.

**REQUEST FOR ORAL ARGUMENT**

In accordance with Part IV-F of the Individual Rules and Procedures of the

Honorable Shira A. Scheindlin, defendants request an oral argument on the issues raised in this

motion at a date and time to be set by this Court.

Dated:   New York, New York
         January 25, 2013

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:  /s/ Carmine D. Boccuzzi, Jr.
       Carmine D. Boccuzzi, Jr.
       Lauren Handelsman

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant*
*American Express Company*

DLA PIPER LLP

By:  /s/ Michael D. Hynes
       Michael D. Hynes

1251 Avenue of the Americas, 27th Floor
New York, New York 10020
(212) 335-4500

*Attorneys for Defendant*
*GE Capital Consumer Lending, Inc.*

SKADDEN ARPS SLATE
MEAGHER & FLOM LLP


By: */s/ Stephen C. Robinson*
        Stephen C. Robinson

Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Citigroup, Inc. and Citibank, N.A.*


TO:    Phillip Jaffe, Esq.
       Attorney for Plaintiffs
       370 East 76th Street
       Suite C-1002
       New York, New York 10021
       (212) 734-3535

       George Bassias, Attorney, LLC
       Attorney for Plaintiffs
       21-83 Steinway Street
       Astoria, New York 11105
       (718) 721-4441