UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAL SHETIWY, LOUIS C. YEOSTROS, JOHN MURPHY, PLAMEN PANKOFF, SPIROS ARGYROS, NICOLE GAGNON, VIELKA VARGAS, ROSE VILLANUEVA, and others similarly situated,<br><br>         Plaintiffs,<br><br>      - against -<br><br>MIDLAND CREDIT MANAGEMENT, A/K/A MIDLAND FUNDING LLC, CAVALRY SPV, LLC, CACH, LLC, LVNV FUNDING, LCC, FIA CARD SERVICES, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC, ASSOCIATED RECOVERY SYSTEMS, EQUABLE ASCENT FINANCIAL, LLC, CHASE BANK, N.A., BANK OF AMERICA, N.A.<br><br>         Defendants. | 12 Civ. 7068 (SAS) (HBP)<br><br>**NOTICE OF ERRATA** |

  Attached please find:

  <u>Exhibit A</u>: Order in *Duval v. Abizu*, Case No. 08 Civ. 6309 (SAS); and

  <u>Exhibit B</u>: Letter from Phillip Jaffe, Esq. to Catherine O'Hagan Wolfe, Clerk of the Court, United States Court of Appeals for the Second Circuit

  These exhibits were inadvertently omitted from Docket Entry 155.

Dated June 16, 2014              Respectfully submitted,

| | |
|---|---|
| /s/ <u>Jonathan J. Greystone</u> | /s/ <u>Manuel H. Newburger</u> |
| Jonathan J. Greystone, Esquire | Manuel H. Newburger |
| SPECTOR GADON & ROSEN, P.C. | Barron & Newburger, P.C. |
| 1635 Market Street, 7th Floor | 1212 Guadalupe, Suite 104 |
| Philadelphia, PA 19103 | Austin, TX 78701 |
| (215) 214-8927 | (512) 476-9103, Ext. 216 |
| (215) 241-8844 (fax) | Fax: (512) 279-0310 |
| jgreystone@lawsgr.com | mnewburger@bn-lawyers.com |
| | |
| ATTORNEY FOR DEFENDANT | ATTORNEY FOR DEFENDANT |
| CACH, LLC | CACH, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I electronically transmitted the foregoing motion to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants on the Service list below.

        /s/    Manuel H. Newburger
Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701
(512) 476-9103, Ext. 216
Fax: (512) 279-0310
mnewburger@bn-lawyers.com

Attorney for Defendant CACH, LLC

**SERVICE LIST:**

Phillip Jaffe     pjaffe47@gmail.com
George Efthios Bassias     gbassias@yahoo.com
Aaron R. Easley     aeasley@sessions-law.biz, kjackson@sessions-law.biz
Andrew Arthur Ruffino     aruffino@cov.com, maony@cov.com
Carmine D. Boccuzzi , Jr     maofiling@cgsh.com, cboccuzzi@cgsh.com
Casey Devin Laffey     claffey@reedsmith.com
Christopher William Madel     cwmadel@rkmc.com, dmvanalstine@rkmc.com
Concepcion A. Montoya     cmontoya@hinshawlaw.com, tharry@hinshawlaw.com
David John Fioccola     dfioccola@mofo.com, docketny@mofo.com
Donald S Maurice , Jr     dsm@mnlawpc.com, klp@mnlawpc.com
Gillian Ivy Biron     gillian.biron@bingham.com
Jennifer M. Robbins     jmrobbins@rkmc.com, bsbrtek@rkmc.com
Jessica Kaufman     jkaufman@mofo.com, cruss@mofo.com, docketny@mofo.com, jrosenberg@mofo.com
Jill M. Wheaton     jwheaton@dykema.com, chammond@dykema.com, docket@dykema.com
John E. Brigandi     jbrigandi@salvolawfirm.com
Jonathan Justin Greystone     jgreystone@lawsgr.com
Jonathan M. Albano     jonathan.albano@bingham.com
Kevin Barry McHugh     Kevin.McHugh@aig.com
Khardeen Ideona Shillingford     kshillingford@hinshawlaw.com, tharry@hinshawlaw.com
Lauren Kathryn Handelsman     lhandelsman@cgsh.com, lhandelsman@binderschwartz.com
Mark Paul Ladner     mladner@mofo.com, docketny@mofo.com
Michael D. Hynes     michael.hynes@dlapiper.com, DocketingNewYork@dlapiper.com
Mitchell A. Lowenthal     maofiling@cgsh.com, mlowenthal@cgsh.com

Oren Dov Langer     odlanger@rkmc.com, kdchapman@rkmc.com
Richard David Lane     rdlane@mdwcg.com, mbbrownell@mdwcg.com
Robert D. Wick     rwick@cov.com, maony@cov.com
Ruth Mary Thomas     rmthomas@reedsmith.com
S. Elaine McChesney     elaine.mcchesney@bingham.com
Sarah B. Zimmer     sarah.zimmer@dlapiper.com, DocketingNewYork@dlapiper.com
Stephen Craig Robinson     stephen.robinson@skadden.com
Thomas Robert Dominczyk     trd@mnlawpc.com, klp@mnlawpc.com
William Raley Alford     wra@srrta.com, mmw@srrta.com